# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRIS SLAUGHTER a/k/a BARNSWELL JONES, Petitioner | : : : : | CIVIL ACTION |
| v. | : : : | |
| BRIAN COLEMAN, et al., Respondent | : : | NO. 11-19 |

FILED
JUN 24 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 23d day of June, 2011, upon consideration of the Petition for Writ of Habeas Corpus, the Commonwealth's Answer, inclusive of all exhibits thereto, the other documents filed by the parties, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DISMISSED without an evidentiary hearing; and

3. Petitioner has neither shown a denial of a constitutional right, nor established that reasonable jurists would disagree with this court's disposition of his claims. Consequently, a certificate of appealability is DENIED.

IT IS SO ORDERED.

BY THE COURT:

MARY A. MCLAUGHLIN, J.